IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:15-PO-333 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| EDWARD NOVAK, | : | 18 U.S.C. § 1382 |
| | : | 18 U.S.C. § 113(a)(5) |
| Defendant | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 4511.19(A)(1)(a) |
| | : | O.R.C. § 2917.31(A)(1) |
| | : | O.R.C. § 2917.32(A)(1) |
| | : | O.R.C. § 2921.331(A) |
| | : | O.R.C. § 2921.331(B) |
| | : | O.R.C. § 2917.11(A)(5) |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about November 24, 2015, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, as defined by 18 U.S.C. § 7, the Defendant, EDWARD NOVAK, did go upon a military installation for a purpose prohibited by law or lawful regulation.

In violation of 18 U.S.C. § 1382.

COUNT 2

On or about November 24, 2015, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, namely, Wright Patterson Air Force Base, the Defendant, EDWARD NOVAK, did knowingly assault an individual with the initials "S.D."

In violation of 18 U.S.C. § 113(a)(5).

COUNT 3

On or about November 24, 2015, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, EDWARD NOVAK, did, at the time of operation, operate a vehicle within this state while under the influence of alcohol, a drug of abuse, or a combination of them.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(a).

## COUNT 4

On or about November 24, 2015, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, EDWARD NOVAK, did cause the evacuation of a public place, or otherwise caused serious public inconvenience or alarm, by initiating or circulating a report or warning of an alleged or impending fire, explosion, crime, or other catastrophe, knowing that such report or warning was false.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.31(A)(1).

## COUNT 5

On or about November 24, 2015, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, EDWARD NOVAK, did initiate or circulate a report or warning of an alleged or impending fire, explosion, crime, or other catastrophe, knowing that such report or warning was false and was likely to cause public inconvenience or alarm.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.32(A)(1).

## COUNT 6

On or about November 24, 2015, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, EDWARD NOVAK, did fail to comply with a lawful order or direction of a police officer invested with authority to direct, control, or regulate traffic.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A).

## COUNT 7

On or about November 24, 2015, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, EDWARD NOVAK, did operate a motor vehicle so as willfully to elude or flee a police officer after receiving a visible or audible signal from a police officer to bring the said Defendant's motor vehicle to a stop.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(B).

## COUNT 8

On or about November 24, 2015, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, EDWARD NOVAK, while in the presence of a law enforcement officers and after reasonable warning or request to desist, did recklessly cause inconvenience, annoyance, or alarm to

another by creating a condition that was physically offensive to persons or that presented a risk of physical harm to persons or property, by an act that served no lawful and reasonable purpose.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(5).

CARTER M. STEWART
United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch

3