# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15-PO-333 |
| vs. | : | |
| EDWARD NOVAK, | : | Magistrate Judge Michael J. Newman |
| Defendant. | : | |
| | : | |

## NOTICE OF DEFENDANT, EDWARD NOVAK, OF HIS INTENTION TO RELY ON AN INSANITY DEFENSE

Defendant, Edward Novak, by and through counsel, and pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure, hereby provides Notice of his intention to rely on an insanity defense at trial.

        DEBORAH L. WILLIAMS
        Federal Public Defender


        by s/Cheryll A. Bennett
        Cheryll A. Bennett (0063671)
        Office of the Federal Public Defender
        1 South Main Street, Suite 490
        Dayton, Ohio 45402
        (937) 225-7687
        Cheryll_Bennett@fd.org

        Attorney for Defendant
        Edward Novak

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served upon Julienne McCammon, Special Assistant United States Attorney, by electronic filing on the date same was filed.


                                          s/Cheryll A. Bennett
                                          Cheryll A. Bennett