UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, AT DAYTON

UNITED STATES OF AMERICA,
Plaintiff,
v.
Edward Kovak,
Defendant.

Start Time: 10:04 am
End Time: 10:23 am
CourtSmart: MJN - 2/1/17

**CRIMINAL MINUTES before**
**U.S. MAGISTRATE JUDGE MICHAEL J. NEWMAN**
Courtroom Deputy: Diane Marcus

**STATUS CONFERENCE MINUTES**

Case No. 3:15-po-333
Date/Time: 2/1/17
Assistant United States Attorney/Special AUSA: Julia McCannon
Defense Counsel: Cheryll Bennett

[ ] Defendant appears *pro se*/with counsel

Government __Parties will stipulate that D is suffering from mental defect. Will provide a proposed Order to the Court. Court will need to find that D is competent to stand trial. Gov't asks for following procedures as to Title XVIII fines (+ longstanding probationary period__

Defendant __— Asks that he be kept in the community and with his current treatment providers.__

[ ] Other: __Will request Dr. Murchis order be filed under seal. Defendant will be present for Bench Trial and will answer colloquy re competency to stand trial.__